# UNITED STATES DISTRICT COURT

DISTRICT OF     MA

UNITED STATES

V.

JAMES MATTHEW MERRILL

**EXHIBIT AND WITNESS LIST**

Case Number: 14-4172-DHH

| PRESIDING JUDGE David H. Hennessy, USMJ | PLAINTIFF'S ATTORNEY Flashner, Lelling | DEFENDANT'S ATTORNEY Chorbajian |
|---|---|---|
| TRIAL DATE (S) 5/16/2014 | COURT REPORTER 2:45 | COURTROOM DEPUTY Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 5/16/14 | | | Paul Melican |
| | | | | | Kristin Merrill |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 5/16/14 | X | X | Affidavit in Support of Complaint |
| 2 | | 5/16/14 | X | X | Binder containing letters from promoters |
| 3 | | 5/16/14 | X | X | Log of phonecalls |
| 4 | | 5/16/14 | X | X | Corporate Profile Telexfree Canada Inc. |
| 5 | | 5/16/14 | X | X | Telexfree Canada Facebook page |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages