UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                                |   |                |
|--------------------------------|---|----------------|
| **UNITED STATES OF AMERICA**   | ) |                |
|                                | ) | Criminal No.   |
| V.                             | ) | 14-004172-001  |
|                                | ) |                |
| **JAMES MERRILL,**             | ) |                |
| **Defendant**                  | ) |                |

## MOTION TO WITHDRAW

The defendant, having retained counsel, hereby moves the Court allow counsel appointed pursuant to the Criminal Justice Act to withdraw from further representation.

JAMES MERRILL

*/s/ Beverly B. Chorbajian*
BEVERLY B. CHORBAJIAN
390 Main Street, Suite 659
Worcester MA 01608
508-755-8072 telephone
508-791-8994 facsimile
Bchor.law@verizon.net

Dated: June 2, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                       */s/ Beverly B. Chorbajian*
                                                       BEVERLY B. CHORBAJIAN